# ARTHUR A. LEMANN III & ASSOCIATES, INC.
### ATTORNEYS AT LAW

ARTHUR A. LEMANN III (1942-2023)

ARTHUR A. LEMANN IV

SUITE 3250　　　1100 Poydras Street

NEW ORLEANS, LOUISIANA 70163
TELEPHONE (504) 522-8104
FACSIMILE (504) 588-9750
E-MAIL: AAL4@aol.com

January 9, 2025

Hon. Susie Morgan
U.S. District Judge, Section "E"
500 Poydras, Rm. C322
New Orleans, LA 70130

RE:　U.S. vs. Maceo Roberts
　　　Cr. No. 23-61

Dear Judge Morgan:

Please find enclosed several character letters in connection with Mr. Roberts' sentencing, currently set for January 16, 2025.

Thank you for your time and attention to this matter.

Very truly yours,

Arthur A. Lemann IV

AALIV:jl

Encl.

To Whom It May Concern:

    Hi, my name is Felisha Dennis, Maceo's mom. Maceo is a wonderful son and a great father. My only pet peeve I have with my son is hanging out with the wrong crowds. When Maceo was growing up he liked to go to school, help out around the house, and help others. Since Maceo got grown and don't get me wrong he takes good care of his kids, sister, brother and mother he just don't like to sit down and I really believe that it comes from his ADHD, something I been struggling with since he was a child. I believe that Maceo can do better he just need to be around more positive crowds that have something going for themselves. I hope this letter to the Court will have some leniency on my son because I know he can do better.

                                                                      Sincerely yours,

                                                                        Felisha Dennis

From: Diane Dennis <█████████████>
Date: January 6, 2025 at 10:47:08 CST
To: felisha mabone <█████████████>
Subject: Maceo Letter

On behalf of Maceo Roberts,
I am Maceo's big sister, Diane. I have known him to be independent and funny. He is also a great father to his kids and a good uncle as well. Growing up as kids, my little brother and I always didn't see eye to eye but we always came back around whenever we needed each other. He always protected my sister and me whenever someone was picking on us. I love my little brother so full of energy and funny. I know Maceo's personality is not at its best with a lot of people. But once you stay around him long enough you will see who he is.

To Whom it May Concern:

      My name is Bridget Dennis and I am Maceo's stepmom. Since I have known him, Maceo and I have been close. Anytime I needed him he was always there. When his mom call he is right there, and the same for his sisters. Yes, he has been in some trouble. When he is at home around us and his children he is very peaceful cheerfully. He is a great father. He will do anything for his children. When they need he will do what he need to make it happen. I just need my son to realize his kids should be the only crowd he like to hangout with.

                                      Sincerely yours,

                                      Bridget Dennis